FILED
2017 Aug-30 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
7/26/2017 4:46 PM
50-CV-2017-900292.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**

**MARY ELLIS,**

**Plaintiff,**

**vs.**

**TARGET CORPORATION. whether singular or plural, Plaintiff hereby intending to designate that person, firm, corporation or other legal entity responsible for the injuries and damages suffered by the Plaintiff on the occasion of the incident made the basis of this lawsuit; Plaintiff, as that the identity of the fictitious party Defendants herein is otherwise unknown to Plaintiff at this time or, if their names are known to Plaintiff at this time, their identity as proper party Defendants is not known to Plaintiff at this time, and their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained.**

**Defendants.**

**CIVIL ACTION NUMBER:**

**CV-2017-__________**

**COMPLAINT**

**COUNT ONE**

1. The Plaintiff, Mary Ellis, resides at 4730 Bakers Chapel, City of Guntersville, County of Marshall, State of Alabama.

2. The Defendant, Target Corporation is located in the State of Minnesota and does business in the State of Alabama.

3 On July 27, 2015 the Plaintiff went into the Target located at 6275 University Dr. in the City of Huntsville, County of Madison, State of Alabama, to shop for items. The Plaintiff proceeded down one aisle to pick up a few items.

2. While proceeding down the aisle the Plaintiff's feet suddenly and abruptly slipped on a crayon, in the floor, causing the Plaintiff to fall and sustain injuries. The Plaintiff was unaware of the dangerous condition of the floor in the store.

3. On the above date at some time immediately preceding the Plaintiff's entrance into the store, employees of the Defendant, Target, had failed to clean up the crayons in the aisle. There were no signs to alert the Plaintiff that the crayons were scattered on the floor.

4. The Defendant knew or in the exercise of reasonable care should have known that patrons of this store would be going up and down the aisle, that had the crayons were scattered around, and would be dangerous.

7. The Defendant and its employees were negligent in that:

(a) They allowed the floor to be remain scattered with crayons.
(b) The Defendant and its employees failed to put out signs saying that the floor had a hazardous area.

8. As a result of the Defendant's negligence the Plaintiff sustained the following injuries:

(a) The Plaintiff's knee was hurt requiring her to go to the doctor and she also received injuries to her shoulder.

9. Fictitious Defendants above, whose more correct names and identities are unknown to Plaintiff at this time but will be more correctly named when their identities are ascertained, are the respective persons and/or entities who or which fit the descriptions reflected above.

10. Plaintiff realleges all of the allegations contained in paragraphs 1 through 9, against each of the Fictitious Defendants.

11. The Plaintiff incurred monetary damages from lost work time and medical bills as a result of the injuries sustained by her.

**COUNT TWO**

1. The Plaintiff realleges paragraphs 1-11 of Count One above and realleges said paragraphs as if set fully herein.

2. That Defendant store and its employees actions were reckless and/or wanton in that they:

(a) They allowed the floor to be remain scattered with crayons.

(b) The Defendant and its employees failed to put out signs saying that the floor had a hazardous area.

3. As a result of the Defendants wantonness and recklessness the Plaintiff sustained the following injuries:

4. The Plaintiff's knee was hurt requiring her to go to the doctor and she also received injuries to her shoulder.

5. The Plaintiff incurred monetary damages from lost work time and medical bills and loss of job as a result of the injuries sustained by her.

WHEREFORE the Plaintiff request judgment against the Defendant in such amount that is in excess of the minimum jurisdictional limits of this Court.

\s\ Enza D. Giles
Enza D. Giles
Attorney for the Plaintiff
777 US Highway 431
Boaz, AL 35957
(256) 298-5082

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: DIEDRE HARBIN**



alacourt.com

County: **50** Case Number: **CV-2017-900292.00** Court Action:
Style: **MARY ELLIS V. TARGET CORPORATION**

Real Time

## Case

### Case Information

County: **50-MARSHALL** Case Number: **CV-2017-900292.00** Judge: **CFA:CHRISTOPHER F ABEL**
Style: **MARY ELLIS V. TARGET CORPORATION**
Filed: **07/26/2017** Case Status: **ACTIVE** Case Type: **NEGLIGENCE-GENERAL**
Trial Type: **BENCH** Track: Appellate Case: **0**
No of Plaintiffs: **1** No of Defendants: **1**

### Damages

Damage Amt: **0.00** Punitive Damages: **0.00** General Damages: **0.00**
No Damages: Compensatory Damages: **0.00**
Pay To: Payment Frequency: Cost Paid By:

### Court Action

Court Action Code: Court Action Desc: Court Action Date:
Num of Trial days: **0** Num of Liens: **0** Judgment For:
Dispositon Date of Appeal: Disposition Judge: **:** Disposition Type:
Revised Judgement Date: Minstral: Appeal Date:
Date Trial Began but No Verdict (TBNV1):
Date Trial Began but No Verdict (TBNV2):

### Comments

Comment 1:
Comment 2:

### Appeal Information

Appeal Date: Appeal Case Number: Appeal Court:
Appeal Status: Orgin Of Appeal:
Appeal To: Appeal To Desc: LowerCourt Appeal Date:
Disposition Date Of Appeal: Disposition Type Of Appeal:

### Administrative Information

Transfer to Admin Doc Date: Transfer Reason: Transfer Desc:
Number of Subponeas: Last Update: **07/26/2017** Updated By: **AJA**

## Parties

## *Party 1 - Plaintiff INDIVIDUAL - ELLIS MARY*

### Party Information

Party: **C001-Plaintiff** Name: **ELLIS MARY** Type: **I-INDIVIDUAL**
Index: **D TARGET CORPO** Alt Name: Hardship: **No** JID: **CFA**
Address 1: **4730 BAKERS CHAPEL RD** Phone: **(256) 000-0000**



Address 2:
City: GUNTERSVILLE State: AL Zip: 35976-0000 Country: US
SSN: XXX-XX-X999 DOB: Sex: F Race:

## Court Action

Court Action: Court Action Date:
Amount of Judgement: $0.00 Court Action For: Exemptions:
Cost Against Party: $0.00 Other Cost: $0.00 Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

## Service Information

Issued: Issued Type: Reissue: Reissue Type:
Return: Return Type: Return: Return Type:
Served: Service Type Service On: Served By:
Answer: Answer Type: Notice of No Service: Notice of No Answer:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | GIL064 | | GILES ENZA DE'MONS | ENZA.GILES@GMAIL.COM | (256) 298-5082 |

## *Party 2 - Defendant BUSINESS - TARGET CORPORATION*

## Party Information

Party: D001-Defendant Name: TARGET CORPORATION Type: B-BUSINESS
Index: C ELLIS MARY Alt Name: Hardship: No JID: CFA
Address 1: 1000 NICOLLET MALL Phone: (256) 000-0000
Address 2:
City: MINEAPOLIS State: MN Zip: 55403-0000 Country: US
SSN: XXX-XX-X999 DOB: Sex: Race:

## Court Action

Court Action: Court Action Date:
Amount of Judgement: $0.00 Court Action For: Exemptions:
Cost Against Party: $0.00 Other Cost: $0.00 Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

## Service Information

Issued: 07/26/2017 Issued Type: C-CERTIFIED MAIL Reissue: Reissue Type:
Return: Return Type: Return: Return Type:
Served: Service Type Service On: Served By:
Answer: Answer Type: Notice of No Service: Notice of No Answer:



### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $14.21 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $309.00 | $309.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $354.00 | $368.21 | -$14.21 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2017 | CREDIT | CONV | 2017231 | 2378990 | $14.21 | C001 | 000 | | N | | | AMV |
| 07/31/2017 | RECEIPT | CV05 | 2017231 | 2379000 | $309.00 | C001 | 000 | | N | | | AMV |
| 07/31/2017 | RECEIPT | VADM | 2017231 | 2379010 | $45.00 | C001 | 000 | | N | | | AMV |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 7/26/2017 | 4:46 PM | ECOMP | COMPLAINT E-FILED. | GIL064 |
| 7/26/2017 | 4:47 PM | FILE | FILED THIS DATE: 07/26/2017 (AV01) | AJA |
| 7/26/2017 | 4:47 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 7/26/2017 | 4:47 PM | ASSJ | ASSIGNED TO JUDGE: CHRISTOPHER F. ABEL (AV01) | AJA |
| 7/26/2017 | 4:47 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 7/26/2017 | 4:47 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | AJA |
| 7/26/2017 | 4:47 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 7/26/2017 | 4:47 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 7/26/2017 | 4:47 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 7/26/2017 | 4:47 PM | C001 | C001 PARTY ADDED: ELLIS MARY (AV02) | AJA |
| 7/26/2017 | 4:47 PM | C001 | LISTED AS ATTORNEY FOR C001: GILES ENZA DE'MONS | AJA |
| 7/26/2017 | 4:47 PM | C001 | C001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 7/26/2017 | 4:47 PM | D001 | D001 PARTY ADDED: TARGET CORPORATION (AV02) | AJA |
| 7/26/2017 | 4:47 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 7/26/2017 | 4:47 PM | D001 | D001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 7/26/2017 | 4:47 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 7/26/2017 | 4:47 PM | D001 | CERTIFIED MAI ISSUED: 07/26/2017 TO D001 (AV02) | AJA |
| 8/3/2017 | 2:36 PM | EMISC | AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT E-FILED | GIL064 |
| 8/3/2017 | 2:38 PM | EMISC | AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT E-FILED | GIL064 |

***END OF THE REPORT***

ELECTRONICALLY FILED
8/3/2017 2:36 PM
50-CV-2017-900292.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | Co<br>50-CV-2017-900292.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**MARY ELLIS V. TARGET CORPORATION**

**NOTICE TO:** TARGET CORPORATION, 1000 NICOLLET MALL, MINEAPOLIS, MN 55403
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ENZA DE'MONS GILES,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 2166, BIRMINGHAM, AL 35201.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MARY ELLIS *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

7/26/2017 4:46:48 PM *(Date)* /s/ CHERYL PIERCE *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ ENZA DE'MONS GILES *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☑ Return receipt of certified mail received in this office on 8/3/2017 *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)*

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

**50-CV-2017-900292.00**
MARY ELLIS V. TARGET CORPORATION

C001 - MARY ELLIS *(Plaintiff)* v. D001 - TARGET CORPORATION *(Defendant)*



**SERVICE RETURN COPY**




AlaFile E-Notice

50-CV-2017-900292.00

To: TARGET CORPORATION (PRO SE)
1000 NICOLLET MALL
MINEAPOLIS, MN, 55403-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

MARY ELLIS V. TARGET CORPORATION
50-CV-2017-900292.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT was FILED on 8/3/2017 2:37:29 PM

Notice Date: 8/3/2017 2:37:29 PM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov




AlaFile E-Notice

50-CV-2017-900292.00

To: ENZA DE'MONS GILES
enza.giles@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA

MARY ELLIS V. TARGET CORPORATION
50-CV-2017-900292.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT was FILED on 8/3/2017 2:37:29 PM

Notice Date: 8/3/2017 2:37:29 PM

CHERYL PIERCE
CIRCUIT COURT CLERK
MARSHALL COUNTY, ALABAMA
424 BLOUNT AVE.
SUITE 201
GUNTERSVILLE, AL, 35976

256-571-7785
cheryl.pierce@alacourt.gov



**Service of Process Transmittal**
07/31/2017
CT Log Number 531671718

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE: Process Served in Minnesota**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARY ELLIS, Pltf. vs. TARGET CORPORATION, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | CIRCUIT COURT OF MARSHALL COUNTY, AL<br>Case # 50CV201790029200 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/25/2015 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Inc, Saint Paul, MN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/31/2017 postmarked on 07/28/2017 |
| **JURISDICTION SERVED :** | Minnesota |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Enza D. Giles<br>777 US Highway 431<br>Boaz, AL 35957<br>256-298-5082 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/31/2017, Expected Purge Date: 08/05/2017<br>Image SOP<br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:** | CT Corporation System, Inc |
| **ADDRESS:** | 1010 Dale St. N.<br>Saint Paul, MN 55117-5603 |
| **TELEPHONE:** | 312-345-4336 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SAND MOUNTAIN LAW
Enza D. Giles, Attorney
777 US Hwy 431
Boaz, Alabama 35957




CT Corporation System
Registered Agent
1010 Dale St. N
St. Paul, MN 55117-5603

55117-560310

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>50-CV-2017-900292.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MARSHALL COUNTY, ALABAMA**
**MARY ELLIS V. TARGET CORPORATION**

**NOTICE TO:** TARGET CORPORATION, 1000 NICOLLET MALL, MINEAPOLIS, MN 55403
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ENZA DE'MONS GILES ,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 2166, BIRMINGHAM, AL 35201 .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MARY ELLIS *(Name(s))* pursuant to the Alabama Rules of the Civil Procedure.

7/26/2017 4:46:48 PM *(Date)* /s/ CHERYL PIERCE *(Signature of Clerk)* By: ____________ *(Name)*

☑ Certified Mail is hereby requested. /s/ ENZA DE'MONS GILES *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ____________ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ____________ *(Name of Person Served)* in ____________ *(Name of County)* County, Alabama on ____________ *(Date)*.

____________ *(Address of Server)*

____________ *(Type of Process Server)* ____________ *(Server's Signature)*

____________

____________ *(Server's Printed Name)* ____________ *(Phone Number of Server)*