FILED

2018 May-30  AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MARY ELLIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.:** |
| | ) **4:17-CV-1470-VEH** |
| **TARGET CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Pursuant to the Scheduling Order entered in the above-styled action, discovery is due to be completed on May 30, 2018.  The parties to this action are **ORDERED**, within 14 days from the date of this Order, to confer and file a joint status report regarding the possibility of settlement.[1]  The parties will additionally discuss and apprise the court as to whether this case is suitable for referral to ADR consistent with the plan employed in the Northern District of Alabama.

---

[1]The Uniform Initial Order entered in this case directed the parties to discuss the possibility of a prompt settlement or resolution of this case and to include the results of that discussion in the report of the parties 26(f) planning meeting.  The parties represented that, at the time of the 26(f) planning meeting, they could not engage in settlement discussions until the close of discovery.

The parties are reminded that dispositive motions are due by June 29, 2018.

**DONE** and **ORDERED** this the 30th day of May, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge